### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE<br><br>Plaintiff<br><br>v.<br><br>MCKEE FOODS CORPORATION<br><br>Defendant | Case No. 1:21-cv-00292-LEW |

### DECLARATION OF KATHERINE KAYATTA

I, Katherine Kayatta, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at Pierce Atwood LLP and counsel for Defendant McKee Foods Corporation in the above-captioned action.

2. Attached as Exhibits A-F are a copy of the docket sheet and copies of all filings docketed in the Kennebec County Superior Court before removal to this Court, as provided by clerk, Dale Coty. Exhibits A-F reflect every action taken in the matter by the State Court prior to removal.

I, Katherine Kayatta, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated at Portland, Maine this 19th day of October 2021.

/s/ Katherine S. Kayatta
Katherine S. Kayatta
Hope Garber
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street

Portland, ME  04101
Tel:  207-791-1100
kkayatta@pierceatwood.com
hgarber@pierceatwood.com

*Attorneys for Defendant*
*McKee Foods Corporation*

2

## CERTIFICATE OF SERVICE

I certify that on October 19, 2021, I electronically filed the foregoing document using the CM/ECF system which will send the notification of such filing to counsel of record, and mailed a copy of the foregoing document to Plaintiff via first class mail, postage prepaid.

Dated:  October 19, 2021

/s/ Katherine Kayatta
Katherine S. Kayatta
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Tel:  207-791-1100
kkayatta@pierceatwood.com