**EXHIBIT A**

| | |
|---|---|
| GREGORY PAUL VIOLETTE - PLAINTIFF<br>PO BOX 2817<br>WATERVILLE ME 04903 | SUPERIOR COURT<br>KENNEBEC, ss.<br>Docket No     AUGSC-CV-2021-00174 |
| v. | |
| MCKEE - DEFENDANT<br>PO BOX 750<br>COLLEGDALE TN 37315 | DOCKET RECORD |

| | | |
|---|---|---|
| Filing Document: | COMPLAINT | Minor Case Type:   PRODUCT LIABILITY |
| Filing Date: | 10/07/2021 | |

Docket Events:

10/12/2021   FILING DOCUMENT - COMPLAINT FILED   ON 10/07/2021

10/12/2021   Party(s):   MCKEE
             SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT SERVED   ON 09/21/2021

10/12/2021   Party(s):   MCKEE
             SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT FILED   ON 10/07/2021

10/12/2021   Party(s):   GREGORY PAUL VIOLETTE
             MOTION - MOTION PROCEED W/O FEE FILED   ON 10/06/2021


A TRUE COPY
ATTEST: _____
         Clerk