CONTAINS NONPUBLIC DIGITAL INFORMATION
**MAINE JUDICIAL BRANCH**

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

I. **COUNTY OF FILING OR DISTRICT COURT JURISDICTION** *("X" the appropriate box and enter the County or location)*
   - [X] Superior Court County: Kennebec
   - [ ] District Court Location (city/town): _____

II. **NATURE OF THE FILING**
   - [X] Initial Complaint
   - [ ] Third-Party Complaint
   - [ ] Cross-Claim or Counterclaim
   - [ ] Reinstated or Reopened case: Docket Number: _____

   *If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

> **Initial Complaint**: A complaint filed as an original proceeding. A filing fee is required.
> **Third-Party Complaint**: An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required.
> **Cross-Claim**: An original defendant's claim against another original defendant. No additional fee is required.
> **Counterclaim**: An original defendant's claim against an opposing party. No additional fee is required.
> **Reinstated or Reopened Case**: Money Judgment Disclosures or post-judgment motions.

III. [ ] **REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

IV. **MOST DEFINITIVE NATURE OF ACTION**
   *("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)*

**GENERAL CIVIL**

**Personal Injury Torts**
- [ ] Property Negligence
- [ ] Auto Negligence
- [ ] Medical Malpractice
- [X] Product Liability
- [ ] Assault/Battery
- [ ] Domestic Tort
- [ ] Other Negligence
- [ ] Other Personal Injury Tort

**Non-Personal Injury Torts**
- [ ] Libel/Defamation
- [ ] Auto Negligence
- [ ] Other Negligence
- [ ] Other Non-Personal Injury Tort

**Contract**
- [ ] Contract

**Declaratory/Equitable Relief**
- [ ] General Injunctive Relief
- [ ] Declaratory Judgment
- [ ] Other Equitable Relief

**Constitutional/Civil Rights**
- [ ] Constitutional/Civil Rights

**Statutory Actions**
- [ ] Unfair Trade Practice
- [ ] Freedom of Access
- [ ] Other Statutory Action

**Miscellaneous Civil**
- [ ] Drug Forfeiture
- [ ] Other Forfeiture/Property Libel
- [ ] Land Use Enforcement (80K)
- [ ] Administrative Warrant
- [ ] HIV Testing
- [ ] Arbitration Awards
- [ ] Appointment of Receiver
- [ ] Shareholders' Derivative Action
- [ ] Foreign Deposition
- [ ] Pre-Action Discovery
- [ ] Common Law Habeas Corpus
- [ ] Prisoners Transfers
- [ ] Foreign Judgments
- [ ] Minor Settlements
- [ ] Other Civil

**REAL ESTATE**

**Title Actions**
- [ ] Quiet Title
- [ ] Eminent Domain
- [ ] Easement
- [ ] Boundary

**Foreclosures**
- [ ] Foreclosure (Diversion eligible)
- [ ] Foreclosure (ADR exempt)
- [ ] Foreclosure (Other)

**Miscellaneous Real Estate**
- [ ] Equitable Remedy
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Adverse Possession
- [ ] Nuisance
- [ ] Abandoned Road
- [ ] Trespass
- [ ] Other Real Estate

**SPECIAL ACTIONS**
- [ ] Money Judgment Disclosure

**APPEALS (ADR EXEMPT)**
- [ ] Governmental Body (80B)
- [ ] Administrative Agency (80C)
- [ ] Other Appeal

**CHILD PROTECTIVE CUSTODY**
- [ ] Non-DHHS Protective Custody

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.



CONTAINS NONPUBLIC INFORMATION

**MAINE JUDICIAL BRANCH**

V. **M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**
☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because ("X" one box below):
  ☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).
  ☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.
  ☐ The parties have participated in a statutory pre-litigation screening panel process with (*name of panel chair*) _____ that concluded on (*date of panel finding - mm/dd/yyyy*) _____.
  ☐ The parties have participated in a formal ADR process with (*name of neutral*) _____ on (*date – mm/dd/yyyy*) _____.
  ☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.
  ☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).
  ☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

VI. **PARTY AND ATTORNEY CONTACT INFORMATION**
*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**
*("X" the box below to indicate the party type associated with the filing)*
☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Gregory Paul Violette
Mailing address (*include county*): P.O. Box 2817
   Waterville, ME 04903 Kennebec
Telephone: 207-399-7567
Email: drgpgviolette@gmail.com

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
Telephone: _____
Email: _____

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**
If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____
Telephone: _____
Email: _____

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

### (c) DEFENDANT(S)
*("X" the box below to indicate the party type associated with the filing)*
- [X] Defendant(s)
- [ ] Third-Party Defendant(s)
- [ ] Counterclaim Defendant(s)
- [ ] Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? [ ] Yes [X] No

Name (*first, middle initial, last*): Mc Kee
Mailing address (*include county*): P. O. Box 750
Collegedale, TN 37315
Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____

Telephone: _____
Email: _____

### (d) ATTORNEY(S) FOR DEFENDANT(S)
If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: _____
Firm name: Norman Hanson Detroy
Mailing Address: P. O. Box 4600
Portland, ME 04112-4600
Telephone: 207-774-7000
Email: khoffman@nhdlaw.com

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**(e) PARTIES IN INTEREST**

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

**(f) ATTORNEY(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____
Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____
Telephone: _____
Email: _____

**VII. RELATED CASE(S) IF ANY**

Case name: _____
Docket Number: _____
Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*): 10/5/2021

▶ _____
Signature of Plaintiff or Lead Attorney of Record

Gregory Paul Violette
Printed Name of Plaintiff or Attorney

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.