**MAINE JUDICIAL BRANCH**

Gregory Paul Violette _____ Plaintiff

V.

Mc Kee _____ Defendant

"X" the court for filing:
☒ Superior Court ☐ District Court
County: Kennebec
Location (Town): Augusta
Docket No.: _____

**APPLICATION OF ☒ PLAINTIFF ☐ DEFENDANT
TO PROCEED WITHOUT PAYMENT OF FEES**
M.R. Civ. P. 91

I am without funds to pay the ("X" all that apply) ☒ filing fee, ☐ service costs, ☐ mediation fee, ☐ jury fee, ☐ appeal fee, or ☐ other: _____ based on the information in my attached affidavit. I am bringing this action in good faith. I agree to pay any fees or costs that may be waived if at any time during this action I am able to do so, if I receive a monetary settlement, or am deemed to be the prevailing party and receive costs.

☐ I request that service costs be paid without first attempting service by mail because:
_____

Date (mm/dd/yyyy): 10/05/2021

▶ _____ (signature)
(Signature of Applicant)
Address: P. O. Box 2817
Waterville, ME 04903
Telephone: 207-399-7567
Email: drgpgviolette@gmail.com

**PLEASE NOTE:** You must file this application *WITH* a completed Financial Affidavit (CV-191).

---

**ORDER OF COURT**

☒ 1. The court has reviewed the proposed pleadings. It appears that the applicant is proceeding in good faith and is without sufficient funds to pay certain fees or costs. It is **ORDERED** that:

☐ the **filing fee** is waived.

☐ the applicant's obligation to pay any part of the **mediation fee** is waived. The mediation fee shall be fully paid by the opposing party unless the opposing party also obtains a waiver from the court. If the opposing party does not pay the mediation fee or obtain a waiver within 14 days from the date of this Order, mediation may be scheduled at the request of the applicant and a decision on the opposing party's obligation to pay the mediation fee shall be made by further order of the court.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**MAINE JUDICIAL BRANCH**

☐ the **service costs** shall be paid as an expense of administration. The applicant must contact the appropriate agency directly to arrange for service of the motion or complaint.

☐ the applicant is to attempt service by mail with acknowledgement. If such service is unsuccessful, service by deputy or by registered mail may be authorized on motion of the applicant, accompanied by an affidavit describing the attempted service by mail with acknowledgement, and after such hearing as may be necessary.

Service by Alternate Means will not be approved except on specific motion.

☐ the **jury fee** is waived.

☐ Other: _____

☒ 2. The court finds the applicant has the ability to pay all or part of the fees. It is ORDERED that the applicant pay $_____ toward the ☒ **Filing Fee**, ☐ **Mediation Fee**, ☐ **Service costs**, and/or ☐ **Jury fee**, as follows: $_____ each ☐ week ☐ month beginning (mm/dd/yyyy) _____.

☐ 3. The decision on whether to waive or require reimbursement of the ☐ **Filing Fee**, ☐ **Service costs**, ☐ **Mediation Fee**, and/or ☐ **Jury fee** is reserved and shall be made by further order of the court.

☐ 4. The application is **DENIED**. If the application seeks a waiver of a filing fee and the applicant fails to pay the filing fee within 7 days of this Order, the action shall be dismissed without prejudice.

☐ 5. If the applicant obtains a monetary settlement or is deemed to be the prevailing party fees or costs waived pursuant to this Order may be taxed as costs against the opposing party in favor of the State.

This Order is incorporated into the docket by reference at the specific direction of the Court.

Date (mm/dd/yyyy): _____    ▶ _____
☐ Judge ☒ Justice ☐ Magistrate

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, _____, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.