United State District Court
District of Maine

Gregory Paul Violette       )
Plaintiff,                  )
                            )
v.                          )        Civil No. 1:21-cv-00292-LEW
                            )        Motion to Remand Case Back To
McKee Foods Corporation     )        Kennebec Superior Court
Defendant,                  )

Now come Gregory Paul Violette, Plaintiff:

This Case should NOT be dismissed. The Defendant did NOT give just cause to have case dismissed.

This Case Should be remanded back to Kennebec Superior Court because under the US District Court Rules the case does NOT meet the diversity jurisdiction rules. Under US District Court Rules, the amount in controversy must exceed $75,000 and the case does NOT in US District Court because punitive damages and exemplary damages do NOT count toward $75,000 amount. In Kennebec Superior Court the punitive damages and exemplary damages does count.

For the above reason I ask the court to remand this case back to Kennebec Superior Court.

Dated at Waterville, Maine this 4th day of November 2021.


Gregory Paul Violette
P.O. Box 2817
Waterville, ME 04903
207-399-7567

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Answer to motion to dismiss a copy was service November 4, 2021, via U.S. first-class mail postage prepaid upon Katherine S. Kayatta at Pierce Atwood LLP, 254 Commercial St, Portland, Maine 04101.

Dated: November 4, 2021

Gregory Paul Violette
P. O. Box 2817
Waterville, ME 04903
207-399-7567

1