P.O. Box 281
Waterville, ME 04903

EASTERN MAINE 044
04 NOV 2021 PM 1 T

U.S. District Court
202 Harlow Street
Bangor, ME 04401

04401B4961